IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Dorothy Mae Brooks-Mills, | ) | C/A No. 3:17-1849-DCC-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| Lexington Medical Center; Tod Augsburger, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The plaintiff, Dorothy Mae Brooks-Mills, a self-represented litigant, filed this civil action in July 2017. This matter is before the court pursuant to 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.). On March 9, 2018, the court issued a docket text order granting the defendants' motion for an extension of the deadline for filing dispositive motions until April 2, 2018. (ECF No. 48.) As of the date of this order, no party has filed a potentially dispositive motion regarding the merits of this case. The parties are directed to inform the court in writing of the status of this case on or before **April 10, 2018** and advise the court as to whether the case is ready for trial.

**IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

April 3, 2018
Columbia, South Carolina